UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARQUES JOHNSON,

      Plaintiff,                        Case No. 25-cv-10602
                                         Hon. Matthew F. Leitman

v.

NAVY FEDERAL CREDIT UNION,

      Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Motion for Voluntary Dismissal (ECF #39) and Notice of Voluntary Dismissal (ECF #40) by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  February 5, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2026, by electronic means and/or ordinary mail.

                                    s/Holly A. Ryan
                                    Case Manager
                                    (313) 234-5126